**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Cheryl J. Anderson, f/n/a Cheryl J. McCormick a/k/a C.J. McCormick, as beneficiary under the C.J. McCormick Trust a/k/a C.J. McCormick Trust, <br><br> Plaintiff, <br><br> vs. <br><br> Gary P. Sullivan and Nancy Sullivan, <br><br> Defendants. | **ORDER SCHEDULING STATUS CONFERENCE** <br><br> Case No. A4-04-052 |

_____

The court will conduct a status conference in the above-entitled action on <u>December 29, 2005, at 11:00 a.m. (Central Time)</u>.  The conference will be conducted via telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States District Court