# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Cheryl J. Anderson, f/n/a Cheryl J. McCormick a/k/a C.J. McCormick, as beneficiary under the C.J. McCormick Trust a/k/a C.J. McCormick Trust,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Gary P. Sullivan and Nancy Sullivan,<br><br>　　　　　　　　Defendants. | **ORDER RE MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF BRADLEY MYERS**<br><br>Case No. 4:04-cv-052 |

On July 20, 2006, the court held a final pretrial conference via teleconference. Charles Neff, attorney for the plaintiff, and Rebecca Thiem, attorney for the defendants, were present along with court and court staff.

During the conference, the court addressed the defendants' Motion to Disallow Expert Testimony of Professor Bradley Myers. Each party was allowed to present their argument to the court regarding the merits of the motion. After hearing the arguments and considering the brief and supporting material submitted and for the reasons articulated during the conference, the defendants' Motion to Disallow the Testimony of Professor Bradley Myers is **GRANTED.** (Docket No. 108). Furthermore, because the court allowed aruguments on the motion during the final pretrial conference, the defendants' motion for oral argument on the issue is **GRANTED**. (Docket No. 107).

Dated this 20th day of July, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge